SWARTZ v. NICHOLSON, APPELLANT.

**Plaintiff's Statement** of his cause of action filed in the justice's court, *Held*, insufficient.

*Appeal from Barton Circuit Court.*—Hon. JOHN D. PARKIN-SON, Judge.

*Morgan & Buler* for appellant.

SHERWOOD, C. J.—Action on a memorandum, before a justice of the peace, in this form :

"LeROY, BARTON COUNTY, Mo., Sept. 19th, 1872.—C. S. Nicholson, debtor to Marion Swartz, fourteen dollars."

Plaintiff had judgment before the magistrate and on appeal to the circuit court also, notwithstanding the objections of the defendant, and his motion to dismiss.   Sec. 13, 2 Wag. Stat. 814, requires in a suit like the present, " A statement of the facts constituting the cause of action to be filed with the justice," &c.   As no such statement was filed, the motion of defendant should have prevailed, and *Brashears v. Strock*, (46 Mo. 221), is directly in point.

Judgment reversed.   All concur.

REVERSED.